UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

ROBERT P. DEPALO,

                                        Plaintiff,

                -against-

JOSHUA GLADTKE,

                                        Defendant.

---------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/29/20

16-CV-1538 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

On October 17, 2019, the Court ordered Mr. DePalo to adopt his outgoing counsel's

proposed Scheduling Order by submitting a letter to the Court no later than December 4, 2019;

alternatively, Mr. DePalo could propose a different schedule by completing a new Scheduling

Order and filing it no later than December 4, 2019. The Court also directed Mr. DePalo to file a

proposed Pretrial Order by January 16, 2020 if he intended to continue pursuing his claims in

this matter; the Court advised Mr. DePalo that the case would be dismissed without prejudice if

he did not file a proposed Pretrial Order by that date.

Mr. DePalo has not adopted his outgoing counsel's proposed Scheduling Order, proposed

a different schedule, or filed a proposed Pretrial Order. The case is hereby dismissed without

prejudice.

Dated: New York, New York
        January 29, 2020

                                        _Kimba M. Wood_

                                        KIMBA M. WOOD
                                        United States District Judge